UNITED STATES DISTRICT COURT
for the
SouThern District of New York
________ Division

Case No. 26 CV 2598 (to be filled in by the Clerk's Office)

MARio Cuello Guerrido
*Plaintiff(s)*

-v-

RECEIVED
MAR 30 2025
PRO SE OFFICE

C.O NiNa Jr, Sargt BoyD Jr, C.O John Doe #1
C.O John Doe #2, SPT Mark Miller, Norse
HeadY, HuMayunK islaM MD Director,
N.Y.S. C.O and police BeNevalent
assoaciation, Mohammed Akhter MD
Defendant(s)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach addition pages if needed.

Name: MARIO Cuello Guerrido

All other names by which you have been known: Mario Cuello

ID Number: 23B5185

Current Institution: Green haven C.F

Address: 594 Route 216

StorMville NY 12582

City State Zip Code

### B. The Defendant(s)

Provide the information for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Mina. Jr

Job or Title *(if known)*: correctional officer

Shield Number:

Employer:

Address: Green haven C.F 594 Route 216

StorMville NY 12582

City State Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Boyd. Jr

Job or Title *(if known)*: Sargent

Shield Number:

Employer:

Address: Green haven C.F 594 Route 216

StorMville NY 12582

City State Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name: C.O John Doe #1

Job or Title *(if known)*: Correctional officer

Shield Number:

Employer: Green haven C.F 594 Route 216

Address: Starmville NY 12582

City State Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Mark Miller

Job or Title *(if known)*: Superintend of Green haven C.F

Shield Number:

Employer: Green haven C.F 594 Route 216

Address: Starmville NY 12582

City State Zip Code

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. §1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a §1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. §1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See attachments

C. Plaintiff suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Name: Heady
Job or title: Norse
employer: Green haven C.F
address: 594 Route 216
Stormville, NY 12582-5151
☒ individual capacity ☒ official capacity

Name: Humayun K. islam MD
Job or Title: MD. Director
employer: W.M.C Department of pathology and clinical Laborataris
address: 100 woods Rd, Valhalla, NY, 10595
☒ individual capacity ☒ official capacity

Name: C.O JOHN DOC#2
Job or Title: correction officer
employe: Green haven C.F 594 Route 216
address: Stormville, NY, 12582-5151
☒ individual capacity ☒ official capacity

Name: N.Y.S. C.O and police Benevolent association
Job or Title: UNION
employe address: 20 COMPUTER Dr W, albany, NY 12205
☒ individual capacity ☒ official capacity

Name: Mohammad Akhter, MD
Job or Title: MD and Green haven. C.F
employe: Green haven C. F 594 Route 216
address: Stormville, NY. 12582-5151
☒ individual capacity ☒ official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. §1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attachments

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other (explain) ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arise in an institution, describe where and when they arose.

intake draft and see attachment

C. What date and approximate time did the events giving rise to your claim(s) occur?

12,1,2023 Time 11:00 AM To 2:00 PM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment

STATEMENT of Clark 1983

II pag4.of15 1-8

When I arrived To GreenHaven C.F from Rikers Island, officer perez told officer Nina [Ninez] Jr To let The inmates go back To the block and leave me Mario Cuello Guerrido) as The last To return. officer JOHN DOE#2 call To me. To come I front of officer Nina [Ninez] Jr once I was Infront of officer Nina [Ninez] Jr He became very aggresive with his speek, he stated I know where you come from, Directed his statement to me. he began asking me Question In English. he said and "I Quote why you In Jail." Then began speaking In english, he told me to speak To him in spanish I Then said My ex wife accused me of something never did (In a calm voice) My statement, officer Nina [Ninez] Jr Began punching me 4 To 6 Times IN My face, Then He said officer Nina [Ninez] Jr "when you see This Guy Right here (pointing) To officer JOHN DOE#2) "You have to Treat him with respect. This incident happened front of officer JOHN DOE#2, officer JOHN DOE#1 and Two Inmates are named (osario, wilberto)

ON DeC. 1, 2023 officer NiMa Jr aTTacKed
Me officer ~~[illegible]~~ JOHN DOE #1 forCed Me To walk
To preTend like noThing happen. The he asked
Me you oK? I said no. Then He Told siT
in you wolKer and push you self, acting like
noThing happen, THe same officer ~~[illegible]~~
~~[illegible]~~ JOHN DOE #1 4 To 5 hr laTer came To (H) Block
with a norse (Heady) In from of my cell.
I ask THe norse To see The "Pshyc". She
Said I would have To waiT unTil Monday.
and I askd Her i would like To see The doctor
ance again She said To waiT unTil Monday.
The nurse Heady asked did someThing
happen To you? I said yes, when I Tried To
explain what officer "Nima Jr" (Ninez) did To me
officer ~~[illegible]~~ JOHN DOE #1 Tal The norse heady
To move To The other Cell. I Tried
To Tel The ThaT I was pissing Blood
and have alot of pain in my face and neck.

ON Dec. 4, 2023, I was waited for Transportation from Green haven C.F To Elmira C.F I asked more Than Five Times To speak To a sergent I no one would listen me, They Just ignored my request, Then saw Sergent Boyd Jr. I called To Him 5 To 8 Times, but ignored me as well, when I finally got his atention. Then He Told me "I have not Time." He denime my complaint of what officer Nina Jr did To me on Dec. 1, 2023 IN front of officers JOHN DOE#2 ~~Perez~~, JOHN DOE#1 ~~Akabimbo~~ and 2 Inmattes, one named Osorio Wilberto II Sergant Boyd Jr denined my complaint because He was aware of what happen To me on Dec. 1. 2023

4-8

JOHN Doe#1
afficer ~~AKA Bimba~~ on dec. 4, ~~2023~~ 3,20
Came To The bus The one ThaTs
TransparTing me from Green haven C.F.
To Elmira C.F and Verbally Threathen me,
he said" If I say something abouT The
incidenT ThaT happen on Dec. 1, 2023
he wald Tell other InmaTTes why I was
IN jail. he Tald me all This becauss
he ~~was~~ parTicapaTe and He was present
he did NOT STOP afficer Minor Mina Jr from
aTTacking me.

Mr. Miller (SPT) was aware of The incident on Dec. 1, 2023, Involving Me and officer [Minnez] Nina Jr, [John Doe #2] ~~Perez~~ and [John Doe #1] ~~Akabinbo~~ Took No action legally. I Sent Mr. Miller a letter on 6-7-2024 To Discuss The Dec. 1-2023, Incident and other Things. He never responded To my letter and denined my Grievance (GH-0436-24

IN The year 2024, The Doctor from westchester Medical Center dental department. preformed Surgery on The Top Right side of my Mouth, [illegible] Due To The incident on Dec. 1, 2023, whe officer [NINEZ] Nina Jr attacked me. a month late I returned for another evaluation AN X-Ray whas Taken To see If There was any infection on The Top right side of my mouth, The doctor said "I have Good news and I have Bad news, which do you want To harn first? I replied The bad news first? He said" unfortunately you still have The infection The Good news is The operation was successful" But He could not do anything about The infection, he Told me when I get back To green haven c.f To have person handling my case To call Him. He would advise Then To send you To nouralagy or sinus specialist and I resquest To due a (MRI) nothing happen.

The union N.Y.S.C.O and police Benevolent Association for many years have covered up Assualt, Gang Mentality, harassment conspiracy, negligence. retaliation and Murders by The officers.

on Dec 1, 2023 I arrived To Green haven from Rikers Island and was assault by officer Mina Jr. I was punched In My face 4 or 6 Times causing multiple damage. Nuck As a result I suffer form chronic infection, excruciating pain on The right side of my face, especially on The Top portion of my gum, not To mention causing more pain for MY herniated Disk in my neck. As a Result of The assault, The force of This pounch, cause me To fall hitting my left side on my walker creating pain in my ribs This was witness by, officers JOHN DOE#2, officers JOHN DOE#1 and Two inmates (one being II wilberto osorio).

I reported This incident (in person) in Dec. 2023 (almost Two years ago) and Nothing has come about. in The O.S.I investeration. Thi union (N.Y.S.C.O and police Benevolent association cares somuch for Ther officers, That They Turn a blind eye To all The wrong doing by Ther Members. They're so caring This union supparts an illegal strike, and caused unlimited, irreverseable amounts of Damage.

The Green haven correctional facility and administration has been made aware of AKHTER MD MOHAMMAD The abuse I Suffered and my medical condition as a result of The Dec 1, 2023 incident,

MMOHAMAD AKHTER, MD

and They have yet to do anything. But im

not surprised, These incidents have been going on for Decades, Through out all The new york correctional facility The Jail, The union and The officers conduct and opperate as If They're in a gang.

Dont get me wrong, some of The officers Do a Job, They're Respectful and coutious and display The kind of conduct The community expects from perfessoinal peace officers, but officer minasr is The complete oppisite. He does nothing but abuse His authority and wast Tax payers hard earn money.

IV. B

This Incident Happen behind the AREA you Receive property. [Please see diagram below] where I marked an X is where officer NiHA JR / [illegible] Brutally attached me by punching me in my face.



1983

IV. D.

I. I have punching me 4 To 6 Times I my face with a closed fist. who did what To me? C.O Mi Ma Jr his the one with a closed fist punching 4 To 6 time i my face, who involved in This incident C.O ~~[illegible]~~ John Doe 2 3, ~~Perez~~ C.O Jon Doe John Doe 1, ~~AKA Biybo~~. who saw happened To me? Two inmates The saw happened one inmate name is (Wilberto osoria)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See attachment

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attachment

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a). requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Green haven C.F

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

V. INJURIES

THE same day This incident happen I was pissing Blood, damage to the neck disc back area, choric infection in my right side face area, dental gums area, asked for medial attention same day but was denied in (H) Black, I lost the ability to walk, left side from the waste down, problem right side of face

- Nightmares and sleeplessness
- fear and anxiety
- Depression
- physical injuries; pain and suffering
- Deterioration in mental health following assault
- Effect on lifestyle
- Discrimination
- Dry mouth
- Embarrassment or humiliation
- flashbacks - hallucination -
- future expenses
- future pain and suffering
- indignity
- insomnia
- feelings of vulnerability and powerlessness
- harm from loss of sleep
- exemplary or punitive damages for malicious or reckless conduct
- Litigation fees and costs
- Low energy
- inability to concentrate
- fantasies of suicide
- worrying or ruminating
- constant feeling of no being safe
- inability to take risks
- fear of ~~being alone~~ C.O
- fear of people walking behind me
- Activities or situation that trigger memories
- inability to remain environment assault occurred
- Tendency to relate details of assault in perspective of third person

- fear of being alone c.o
- fear of people walking behind me
- activities or situation that trigger memories
- inablility to retain envirement assault occurred
- tendency to relate details of assault in perspertive of thir person
- refusal to go outside yard or recreation
- recurrent, pesistent night mares
- awakening and not being able to go to sleep
- side effects of sleep medication, such as loss of energy or reset.

want the court help me to file criminal charges complen against the corretion officer who assault me and all who invalved and case,

the nurse denied me medical atention the doctor not did is job good. WMC health WMC. for M. Miller SPT not acept mi grievance

and criminal charges the correction officer Minaz who not stop the C.O Nina SR who assaut me. want the court help me a 10,000,000.00 far all tha happened to me as expleme in statement and the V injuries and my proveder not did is good job arther,

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes
☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes
☐ No

E. If you did file a grievance?

1. Where did you file the grievance?

Green haven C.F

2. What did you claim in your grievance?

SSeaTTaCh MeNT

3. What was the result, if any? The SPT Miller I was denie My grievance is every stage of appeal pretending to said assault

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why. *(Describe all efforts to appeal to the highest level of the grievance process.)*

sent appeal To The C.O.R.C albany GH#0436-24 and GH-1809-24

F. If you did not file a grievance:

1. If there any reasons why you did file a grievance, state them here:

VII
E. 2.

[illegible].

Green haven C.F

IN The past 2-3-2024 AT 9:35 AM, IN a Negative way I saw officer Ninez NiNa Jr and He "said" "Are you still alive" IN a Threating way, looking at Me as If He wanted To Kill Me. I would like To have a deep investigtion from Dec. 1 2023 To Dec 4, 2024 Because officer Ninez NiNa Jr, officer perez, and Black officer who I mention IN My previou claim. These officer have No right To abuse an I/I (like My self) No Matte what reason The Individual has Been INcarlerated for. These 3 officers (Ninez NiNa Jr, perez and The Black officer known as Bimbo) None of These officer should be punching and abusing Individual physically.

GH-0436-24

12/2016

Spanish Translation

# INCARCERATED GRIEVANCE RESOLUTION COMMITTEE ACKNOWLEDGEMENT OF RECEIPT

TO: Cuello Guerrero DIN: 23B5185 LOC. C4-3

FROM: IGRC OFFICE: Incident date: 12/1 Action Request: _______ Signature: _______

CODE: 49 TITLE: Alleged Assault

This notice is to inform you that your grievance has been received by this office on 2/6. It has been given the log number GH 0436-24. MAR 11 2024

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An incarcerated individual is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an incarcerated individual to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: ***Please resubmit with correction requested.***

Please be advised that your grievance received on ________, is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Representative or IGP Supervisor to address any issues.

___ No action request, please indicate one.

___ No incident date noted.

___ No signature

___ Non-grievable per Directive #4040

___ Unable to understand handwriting.

___ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with Directive #2733.

___ Other (as indicated below):

IGP Supervisor Stanaway ___JS___ IGP Supervisor Pickett ________

NEW YORK STATE | Corrections and Community Supervision

INCARCERATED GRIEVANCE PROGRAM

COMPLAINT FORM

| | |
|---|---|
| GRIEVANCE NO. 0436-24 | DATE FILED MAR 11 2024 |
| GRIEVANT NAME Cuello Guerrido | DIN 23B5185 |
| FACILITY GREEN HAVEN CF | HOUSING UNIT C4-03 |
| PROGRAM AM ______ PM ______ | DATE |

***(This form must be filed within 21 calendar days of grievance incident*)***

Description of Problem: (Please make as brief as possible and print legibly)

See Attached

MAR 11 2024

Grievant Signature: ______________________

Grievance Clerk Signature: [signature] Date: 3-11-24

Advisor Requested: ☐ YES ☐ NO Who: ______________________

Action Requested by Grievant:

This Complaint Has Been Resolved as Follows:

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: ______________________ Date: ____________

Witness Signature: ______________________ Date: ____________

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131 (12/21)

CH0436-24

MAR 1 1 2024

el pasado 2-3-2024 ha la 9:35 AM me tope con Niñez por mala suerte y me dijo resucitaste en forma amenazadora tan menizo con forma de gana de matarme quiero que se hage una investigación ha faido desde el dia 1 de diciembre asta el dia 4 de diciembre por que Niñez perez y el moreno no tienen derecho de abusar de mi como preso y tan poco de ningun perop preso no importa por que razones las perzonas este preso Niñez Perez y el moreno y ningun oficial no puede darle golpe ni abusar fisicamente de ningun preso,

maracuello DI: 23B5185
02-04-2023
4

Cuello_Guerrido
C4-3

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. GH-0436-24 | DATE FILED 3/11/24 |
|---|---|---|
| | FACILITY Green Haven CF | POLICY DESIGNATION I |
| INCARCERATED GRIEVANCE PROGRAM<br>SUPERINTENDENT RESPONSE | Alleged 12/1/23 Assault | CLASS CODE 49 |
| | SUPERINTENDENT'S SIGNATURE Mark J Miller | DATE 3/25/24 |
| GRIEVANT Cuello-Guerrido | DIN# 23B5185 | HOUSING UNIT C4-3 |

The grievant complains of an alleged assault.

This complaint has been forwarded to the Office of Special Investigations the outcome of which will be determined by OSI.

*** Grievance is denied only to the extent noted above.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent, please sign below, and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. * Please state why you are appealing this decision to C.O.R.C.

ver pagina agreda →

GRIEVANT'S SIGNATURE — DATE 2-5-2025

GRIEVANCE CLERK'S SIGNATURE — DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

Mario Ccello Guerrido
23B5185

2-5-2025
6H-0436-24

Quiero que se envie al C.O.R.C para que se investigue el asalto que me iso el C.O Niñez AKA Nina el 12-1-2023 en mi cara medio 4 o 6 Trompada causandome una infeción Cronica que asta me isieron una operación el 9-30-2023 por los golpes que el C.O Niñez AKA ~~Bimbo y el C.O p~~ Nina medio en precensia de los C.O AKA Bimbo y el C.O perez, Tanbien me las Timo una hernia discal en mi nuca y 4 horas depues asta narine Sangre.

[signature]

¿esto es para la apelación?



NEEDS TRANSLATION
DONE



**INCARCERATED GRIEVANCE RESOLUTION COMMITTEE**
**ACKNOWLEDGEMENT OF RECEIPT**

TO: Cuello DIN: 23B5185 LOC. C4-3

FROM: IGRC OFFICE: Incident date: 12/1 Action Request: ________ Signature: ________

CODE: 49 TITLE: Alleged Assault 12/1/24

This notice is to inform you that your grievance has been received by this office on NOV 26 2024 11/20. It has been given the log number GH 1809-24.

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance. If you do not receive a hearing within 16 days of receiving this receipt contact IGRC.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An incarcerated individual is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an incarcerated individual to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: ***Please resubmit with correction requested.***

Please be advised that your grievance received on ________, is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Representative or IGP Supervisor to address any issues.

___ No action request, please indicate one.

___ No incident date noted.

___ No signature

___ Non-grievable per Directive #4040

___ Unable to understand handwriting.

___ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with Directive #2733.

___ Other (as indicated below):

IGP Supervisor Stanaway [signature] IGP Supervisor Pickett ________

| NEW YORK STATE — Corrections and Community Supervision | GRIEVANCE NO. 1809-24 | DATE FILED |
|---|---|---|
| | GRIEVANT NAME CUELLO | DIN 23B5185 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY GREEN HAVEN CF | HOUSING UNIT C4-3 |
| COMPLAINT FORM | PROGRAM AM ______ PM ______ | DATE |

***(This form must be filed within 21 calendar days of grievance incident*)***

Description of Problem: (Please make as brief as possible and print legibly)

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

Grievant Signature: ______________________

Grievance Clerk Signature: ______________________ Date: __________

Advisor Requested: ☐ YES ☐ NO Who: ______________________

Action Requested by Grievant:

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

This Complaint Has Been Resolved as Follows:

________________________________________

________________________________________

________________________________________

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: ______________________ Date: __________

Witness Signature: ______________________ Date: __________

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131 (12/21)

11-14-2024 Mario Cuello Guerrido 23B5185

GH1809-24

11:15 AM

el 11-7-2024 el C.O Niñez me estaba mirando con cara de amenazy gana de matarme me movía su cabeza de el como diciéndome qué paso, esto sucedió en la entrada del edificio 12, quiero qué se le investige ya qué no es la primera ves qué el ase de la del.

NOV 26 2024

ese mismo día 11-7-2024 intente hablar con el sargento el cual no quería hablarme, le dije al sargento de turno qué el C.O qui estaba detras de el me dio golpes el 12-1-2023 refiriendome yo al C.O Niñez y el sargento, me respondió qué qué yo espero qué el haga reusandose en tomar mi reporte así como iso el sargento de turno el 12-4-2023 cuando yo quise hablar con el se nego en tomarme mi reporte qué yo queria aser, asercade los golpes qué me dio el C.O Niñez el 12-1-2023 y qué tambien se me nego asistencia medica horas depues qué el C.O Niñez me dio los golpes.

GH1809-24

asiendoque yo primero sangrara
sangre cuando asia harina,

ATT: Mario Cuello

NOV 26 2024

1-6-2025 Mario Cuello Guerrido 23B5185

Sixteen (16) Calendar days have passed without a decision by The I.G.R.C. I have not signed an extension form. I am exercising my right under Directive 4040, sections 701.6 (g)(2) and 701.5(c)(1), To appeal To The next stage. I want my appeal sent on To The superintendent. GH # 1809-24
ATT: [signature]

NEW YORK STATE | Department of Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Commissioner

TO: Cuello, Mario 23B5185 C4-3

FROM: IGP Supervisor Stanaway

SUBJECT: Correspondence dated 1/6/25

DATE: January 8, 2025

This is in response to your correspondence dated 1/6/25 requesting to pass GH1809-24 through to the Superintendent. I was passed through to the Superintendent originally as it was coded 49 staff misconduct. You can appeal to CORC if you wish.

IGP Supervisor Stanaway

Cc: file

| | | |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. GH-1809-24 | DATE FILED 11/26/24 |
| | FACILITY Green Haven CF | POLICY DESIGNATION I |
| INCARCERATED GRIEVANCE PROGRAM<br>SUPERINTENDENT RESPONSE | Alleged Assault 12/1/24 | CLASS CODE 49 |
| | SUPERINTENDENT'S SIGNATURE [signature] | DATE 1/30/25 |

| GRIEVANT | DIN# | HOUSING UNIT |
|---|---|---|
| Cuello-Guerrido, Mario | 23B5185 | C4-3 |

The grievant complains of alleged 12/1/24 assault.

According to the investigation the grievant was interviewed by Lt. A.S 1/11/25 and examined by medical on that date. The grievant was unable to identify the Sergeant he claimed to have spoken to at the time of the alleged incident. It was then determined that the Officer was CO Nina not Ninez as named in the written complaint. The grievant did not provide any witnesses or additional information. A statement has been obtained from CO R. N. This Officer states that at no time did he physically or verbally assault the grievant.

According to the investigation the grievant's allegations could not be substantiated.

*** Grievance is denied.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent, please sign below, and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. * Please state why you are appealing this decision to C.O.R.C.

Claro que el C.O Niñez Aka Nina medio golpe el 12-1-2023 asi que dejer de esta ~~[illegible]~~ distarció nardo el asalto 2-5-2025

GRIEVANT'S SIGNATURE DATE

GRIEVANCE CLERK'S SIGNATURE DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

apelacion 2-5-2025
GH1809-24

quiero que esta queja sea envia al C.O.R.C
porque el C.O Niñez AKA Nina Medio
4 a 6 Trompa en mi cara enfrente de los
C.O Perez y C.O AKA Bimbo Causandome
una infecion cronica en el lado derecho
de mi cara, esto sucedio el 12-1-2023
cuando yo llegue a Greenhaven, ise una
queja el 2-4-2023/4 GH0436-24 y usted
Miller lo nego mi queja como siempre
ase Tapando lo que estos C.O le asen
a los presos.

el 11-19-2024 ise otra queja y na hora
me dio cuenta que sus ecuases quieren
canviar las fechas de lo que este me
iso el C.O Niñez, preguntele a esa
basura de hombre si es mentira que
el me dio golpes el 12-1-2023 no ase
falta porque es mentiroso como
muchos aqui.

[signature]

2-27-2025 Mario Cuello Guerrido 23B5185
TM 3:46 PM

Bueno día quiero qué se haga una investigación
el mes de enero 2025 mi mujer yudelis vino a visitar-
me y quería ir a la sala nueva pero el C.O Niñez
le dijo a ella que no esta para ir a esa sala,
mi mujer le enseña una copia del documento
qué si esta para ir a la sala nueva el C.O Niñez le
dijo a mi mujer qué lo pondría en el sistema,
o rescanearia el documento para qué este
registrado, nunca lo iso causandole molestias,
dolor de cabeza y estres a mi mujer,
el 2-9-2025 mi mujer vino avisartalme y atraves
el C.O Niñez le dijo que no estava autorisado
para estar en la sala nueva mi mujer no trajo
esta vez el documento porqué el C.O Niñez
le dijo qué ya lo puso en el sistema qué mi
mujer podía ir a la sala nueva de visita,
en la mañana de ese mis día el C.O Wallece
vino enfrente de mi celda y me pregunto qué
si yo estava aprobado para la sala nueva de visita
le dije qué si y le enseñe el documento
qué dice qué fue aprovada el 6-1-2024,

OJO
nunca se me envia el numero de queja y
tampoco se me iso una reunion formal

Minan Jr
estava en el Bloque (C)(4)

Copia

To: GHCF Records Access officer

from: Mario Cullo Guerrido

Cell: C-403

Date: 2-11-2025

Re: foil request

Dear records Access officer.

under The provisions of new york of information Law, Article 6 of The public officers Law, I am requesting copies of The following records: Necesito la camara CS/08017 y el Microfono M/08017 de la fecha 2-2-2025 desde las 10:55AM asta las 11:10AM.

Mario Cullo

Nunca seme respondio

Copia

TO: GHCF Records Access Officer

FROM: Mario Cuello Guerrido 23B5185

CELL: C-403

DATE: 5-6-2025

RE: FOIL Request

Dear Records Access Officer:

Under the provisions of the New York Freedom of Information Law, Article 6 of the Public Officers Law, I am requesting copies of the following records: Buena dia necesito que por favor seme entregue el audio del M-73040l desde las horas 9:00AM a 9:25 AM del dia 5-6-2025

If the fees for copying these records are in excess of $10.00, please inform me before filling this request. If the fees are less than that amount, please use the attached signed disbursement form 2706 and send me the records I have requested.

As you know, the Freedom of Information Law requires that an agency respond to a request within ten business days of the receipt of a request. Therefore, I would appreciate a response as soon as possible and look forward to hearing from you shortly.

If for any reason any portion of my request is denied, please inform me of the reason for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed.

Thank you,

Mario Cuello

cc: file

Nunca seme respondio esta solicitud

Name: Mario Cuello Guerrido
DIN: 23B5185
Green Haven Correctional Facility
594 Route 216 - PO Box 4000
Stormville, New York 12582

9 - 4, 2025

Foil Request

**RE: Freedom of Information Request**

Dear Sir/Madam: Records Access Officer,

Please accept this letter as a request for information pursuant to Public Officers Law §§84 et seq. I respectfully request a copy of the following records believed to be in the possession of your agency:

Bueno dia necesito el numero de placa del C.O NINA.J.R, RAMON.A ya que este el 12-1-2023 me dio 4 o 6 trompada causandome una infecion cranica en el lado derecho de mi cara, y por este motivo hoy estoy pidiendo su numero de placa.

If any or all of the above-named documents are denied, please list the specific exemptions being cited to withhold information from public disclosure.
If there are any costs necessary for the reproduction of these records, please inform me accordingly. I expect and appreciate a timely response as required by law.
If there are any questions regarding this request, please contact me at the address listed above.

Respectfully submitted,

mario cuello

cc: File

Name: Mario Cuello Guerrido
DIN: 23B5185
Green Haven Correctional Facility
594 Route 216 - PO Box 4000
Stormville, New York 12582

9 - 4, 2025

Fail request

**RE: Freedom of Information Request**

Dear Sir/Madam: Records Access officer,

Please accept this letter as a request for information pursuant to Public Officers Law §§84 et seq. I respectfully request a copy of the following records believed to be in the possession of your agency:

Bueno dia Necesito el numero de placa del c.o Sargeant
Boyd JR, Lewis porque el 12-4-2023 lo llame mas de 5
veces para que me Tomara mi queja, a sepca de los
golpes que me dio el c.o Nina JR, Ramon A el 12-1-2023
el c.o s.g.T Boyd JR, Lewis me desia que el no Tiene
Tiempo, el saviendo lo que este c.o Nina JR, Ramon A
me iso el 12-1-2023.

If any or all of the above-named documents are denied, please list the specific exemptions being cited to withhold information from public disclosure.

If there are any costs necessary for the reproduction of these records, please inform me accordingly. I expect and appreciate a timely response as required by law.

If there are any questions regarding this request, please contact me at the address listed above.

Respectfully submitted,

mario cuello

cc: File

TO: GHCF Records Access Officer

FROM: Mario Cuello Guerrido 23B5285

CELL: C-403

DATE: 10-3-2025

RE: Foil Request

Dear Records Access Officer:

Under the provisions of New York Freedom of information Law, Article 6 of the public officers Law, I am requesting copies of the followingrecords: en el 12-1-2023 el C.O Ramon A. Nina Jr medio 4 o 6 trompa en mi cara causandome una infeción cronica en el lado derecho de mi cara lo cual el año 2024 fui llevado a Westchester Medical Center ser sometida a una operacion, y me iso daños en mi nuca, este incidente paso en precensia de 2 C.O mas y presos tanbien.

el 12-4-2023 trate de aser un reporte con el sargento Lewis Boyd Jr pero este se rehuso en aceptar mi queja que yo queria aser.

y por este medio yo hoy demando que se me envie el "Intake Log Book" de la fecha 12-1-2023 y 12-4-2023 con respetos a esto incidente.

If the fees for copying these records are in excess of $10.00, please inform me before filing this request. If the fees are less than that amount, please use the attached signed disbursement Form 2706 and send me the records I have requested

As you know, the Freedom of information Law requires that an angencyrespond to a request within ten business days of the receipt of that request. Therefore, I would appreciate a response as soon as possible and look forward to hearing from you shortly.

If for any reason any portion of my request is denied, please inform me of the reason for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed.

Thank you,

Mario Cuello

cc: File

TO: GHCF Records Access Officer

FROM: Mario Cuello Guerrido 23B5185

CELL: C-403

DATE: 10-3-2025

RE: Foil Request

Dear Records Access Officer:

Under the provisions of New York Freedom of information Law, Article 6 of the public officers Law, I am requesting copies of the followingrecords: el 9-4-2025 envie una solicitud pidiendo el # de placa del sargento Lewis Boyd Jr y no me an enviado nada, ya an pasado mas de 30 dias, van a seguir en cubriendo a este que a sabiendo lo que asen sus compañeros c.o que darle golpes a los presos con indiscasidades este sargente se niega en hablar con las vistimas de estos c.o evitando que las vistimas hagan un reporte este sargento Boyd Jr como el jefe intelectual de estos c.o para que hagan con los presos lo que estos quieran darle golpes, robarle sus pertenensias, tennis joyas ett este sargento saviendo esto se reusa en acepta una queja

If the fees for copying these records are in excess of $10.00, please inform me before filing this request. If the fees are less than that amount, please use the attached signed disbursement Form 2706 and send me the records I have requested

As you know, the Freedom of information Law requires that an angencyrespond to a request within ten business days of the receipt of that request. Therefore, I would appreciate a response as soon as possible and look forward to hearing from you shortly.

If for any reason any portion of my request is denied, please inform me of the reason for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed.

Thank you,

Mario Cuello

cc: File

TO: GHCF Records Access Officer

FROM: Mario Coello Guerrido 23B5185

CELL 6403

DATE: 10-3-2025

RE: Foil Request

Dear Records Access Officer:

Under the provisions of New York Freedom of information Law, Article 6 of the public officers Law, I am requesting copies of the followingrecords: el 9-4-2025 envie una solicitud pidiendo el # de placa del C.O Ramon A. Nina Jr y no me an enviado nada, ya an pasado mas de 3 dias, van a seguir en cubriendo a este abusar de presos con discapacidades que no son capaz de defenderse ellos mismos. este C.O Nina Jr me dio golpes a mi el 12-1-2023 y yo quiero su numero de su placa por que esto no se puede quedar asi.

If the fees for copying these records are in excess of $10.00, please inform me before filing this request. If the fees are less than that amount, please use the attached signed disbursement Form 2706 and send me the records I have requested

As you know, the Freedom of information Law requires that an angencyrespond to a request within ten business days of the receipt of that request. Therefore, I would appreciate a response as soon as possible and look forward to hearing from you shortly.

If for any reason any portion of my request is denied, please inform me of the reason for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed.

Thank you,

[signature]

cc: File

Mr. Mario Cuello-Guerrido
#23B5185
Green haven C.F.,
Stormville, N.Y. 12582

Attn; Foil Officer

NYS. DOCCS.
The Harriman State Campus-Building 4,
1220 Washington Ave.
Albany, N.Y. 12226-2050

Oct. 31, 2025

Re; Foil Appeal Log. No. 0222-25

Dear Sir/ Ma'am,

Please be informed that I have submitted multiple requests seeking these two Correctional Officer's Badge numbers (C.O. Ramon A. Nana Jr) a&d (Sgt. Boyd) Green Haven C.F. again, I have enclosed foil requested file documents. I am not being honor with this request, I send the necessary funds needed for this request, can you Please be sure to send me this information that I am in need.

Thank you for your time as I await your responds.

Respectfully Submitted,

[signature]

cc/file

(5) Mario Cuello Guerrido 6-7-2023
23B5185

(1) Buenos dia, M. Miller Le escribo
estas linia para descrivir como
an pasado los acontecimientos
desde el 12-1-2023 asta la
fecha atual, He sido discriminado
He sido agolpidiado por Muñez

(2) Tanbien He sido acosado por
parte de Rookwood y discrimi
nadamente, que ne tenido
que aser queja en esta
institución aparte de las
disfaciones que Rookwood
Ha echo en mi persona

(3) He visto como en esta initución
especialmente en la unidad
(C) Bloque (C) que una parte
es para personas incapasitada
como yo que soy desabilitado
desde el 2020 por un accidente
en mi trabajo, Hay personas
que no parecen esta incapasitado
y no lo estan aprovechandoce
de lo que si esta incapasitado
Ha por su situación criminal
Ho caso Judicial

(5)

y abusando de las mas personas
Con mayor edad, asiendose
pasar como amigo de ellos
los amenasan, le Roban sus
pertenencias de valor como
los cigarillos ect,
Tambien le ponen a pagar
por protección por su situación
judicial como es la mia
en este punto desde que
llego el carcelero celda 22
lo primero que iso fue adueñarce
del control Remoto de la ~~Tv~~
primera TV, segundo me estava
diciendo ha mi que si yo quiero
Hablar por el Telefono Tendre
que ir a fuera Hablar por el Telefono,
Tal como Hoy 6-7-2024 ha las 4:15 pm
Hug. Juan el de la celda 22 estava
en kiosk y cuando termino yo
le dije que permiso y el me
Dijo que lo espere yo espere
y cuando me fui a usar el kiosk
el me dijo que tengo que
ir al paso en forma amenasadora
yo le dije al de la celda 22
que el no me puede dar

(5)

C[illegible]

inTruciones de que debo de aser y
que no debo de aser en
ningun momento, el de la
celda 22 se puso agresivo
y me dijo que me iva dar golpes,
yo le dije que lo hage,

Cuando paso esto yo le pase
una nota al C.O. en guardia diciendole
que quiera hablar con un sargento
para informarle lo que ha estado
pasando,

el de la celda 18 que tambien
esto con el de la celda 22 y el de
el de la 18 ha comentado de
que yo soy una rata para ver
hablando con el C.O.,

Señor Miller tal vez yo no sea la
persona que tenga el nivel para
decirle estas cosas que an pasado
yo pero soy una victimas de este
individuo de la celda 22 que
camina porque le e visto
con mis ojos estal de pies
demostrando que no
tiene ninguna discapasidad

(5) c

(4) Lo He visto Romper el codigo 113.24. usar la droga muy famosa con el (TUSI')

Lo He visto Todo al Rompiendo el codigo 113.13

el Tiene en un estuche de poner lentes droga llamado (TUSI') que en un papel pero Tiene un quimico que puede afectar la salud del individuo codigo 113.25

Codigo 114.10 pasa droga por la venta que esta serca del micraundas

Codigo 121.12 si de la celda 22 y 19 18 y otros mas son los unico que mas usan el Telefono los mayoria de persona tienen que pedirle el Telefono al de la celda 19 casi Todo el Tiempo

(5)

c

Codigo 122 lo aron loque le dan
la gomas fuman en Honduras
quieren menos en la carcel
asi todo

Lo digo Todos esto porque
Soy un Recluso que se quiere
ir para su casa y Ha Tender
mis asuntos familiares,
Como le dije Ha un C.O. yo
no vine Haqui Ha caucar
problemas vine con entrada
y Salida,

este individuo de la cel da
22 me He fijado que cuando
no fuma el (Tusi) se pone
muy biolento y agresivo,

También el de la Celda 12
4
se a Hen cargado de decirle
Ha todos en el Bloque (C)
porque yo cai preso de Ir
fomentando abuso y protocación

[signature]

① ON 5-26-24, 5 30-24, 6-4-24 and 6-7-24 I was never called for sick call after request many times. This forced my to place a grievance on 6-28-24 (GH-1152-24). On July-23-24 The IGRC (Incarcerated Grievance program) recommended that a more investergation be scheduls to see my provider, and I agreed with the IGRC and appealed to the superintendent see attached. On 7-8-24 the superintendent recieved my appeal and on 8-16-24 denined it, after being denined, I appealed to the C.O.R.C on 8-22-24 (see attachment) I receved a case history letter (see attachment)

② ON 8-14-25, 8-26-25, 8-28-25 and 10-24-25 I requested sick call to see Dr. akhter (my provider) to remind him of the M.R.I I desperately needed, every appointment I request he send me for a M.R.I and he response "I have to talke to them, but never say who "them" are (see attachments 2-27-25, 2:17PM)

[signature] 23B5185 02-28-2024

NECESITOVER HAMI'DOCTOR
TEGO MUCHO DOLOR DESDE MI
NUCA ASTA LA ESPALDA JABA
Y PARTE DE LA SINTUAA IZQUIELDA
MUCHO DOLOR INTENSO MAS DE LO
NOLMAR ANTE ERA NIVEL 7.00 HAHORA
ES UN NIVEL 9.09 INTOLERANTE ccc

3-4-2025 mario Cuella Guerrido 23B5185
Buenodia le escrivo porque necesito vera mi provedor porque tengo mucho dolor de cabeza en el lado derecho de mi cara por los galpes qué me dio el C.O Niñez dañandome los nervios y causandome uno infeción cronica y dalar de nuca.

maria cuella
C. feli

3-11-2025 Mario Cuello Guerrido 23B5185
Bueno dia le escrivo porqué necesito ver
a mi provedor porque tengo mucho dolor
de cabeza en el lado derecho de mi cara
por los golpes qué medio el C.O Niñez
el 12-1-2023 dañandome los nervios
y causandome una infeción cronica
y dolor de nuca.
mariocuello
c.c. feli

(1) I am requesting sick call due To an extensive amount of pain.
I Thank you

C-4-3

23B5185
mariolnello

4-6-2024

4

(2) I am requesting sick call due
To an extensive amount of pain.
[illegible] THANK YOU C-4-03
[illegible] 23B5185 4-11-2024

Mario [illegible] 5-26-2024

Buen dia necesito una cita con mi provedor por que necesito una almoada por mi problema de nuca por el acidente que me paso el paso de 12-1-2013 desde ese dia he todo teniendo mucho mas dolor de lo que tenia antes

gracias

Respetuosamente

ATT:

23B5185

5-29-2025 MaRio Cuello Guerric

Bueno dia respetuosamente

Ver a Mi proveedor, porque T

Muchisimo dolor en Mi cara

lado derecho, nuca y hombr

marioCuello

C.C.

---

fui aver al sick call el 5-30-202

puede aser Mucho porMi, Me pregun

Trompada! yo! le Dije que si, y el norse

fue un preso a un C.o! yo lle Dije q

~~a~~ 12-1-2023 y que fui apesado el

naur Tengo la infeccion, Me Dij

Me pondra una ciTa con Mi p

Mariocuello Guerrido
2385185

Bueno día necesito una c.
provedor, porque necesito
por problemas de nuca po
que me paso el pasado 12
desde ese día me incremen
muchísimo max el dolor q
ante, gracias
Respetuosamente

ATT: Mariocuello

Mario Cuello Guemido

Buenos dia Respetuosamen

una cita com mi provedo

necesita una almoada por

de nuca, por el acciden

paso el pasado 12-1-20

ese dia he todo tenien

muchisimo mas dolor de

tenia ante. gracias

ATT: MarCuello

23B5185

Mario Cuello Guerrido
Buenos dia Respetu
necesito una cita co
proveedor, porque nece
almoada por mi proble
papel accidente que me
pasado 12-1-2023, d
dia He todo Tenien
muchisimo mas dolor
Tenia ante, gracia
ATT Mario Cuello
23B5185

Mario Cello Querido
23B5185

Buenos dia le escribo p
necesito ver al dentis
las ultimos meses he
mucho dolor en mis enc
derecho por favor cua
~~[illegible]~~ recivan esta c
agradeceria mucho si
tomaran tanto tiem
ponerme una cita g
Respetuosamente
Mario Cello

6-23-2025

Mario Cuello Cu
23B5185

Bueno dia necesito ver a
paraque me de ~~mis~~ lidocai
lo necesito por mis dolor
hombro izquierdo.

ATT. Mario Cuello

CC. feli

Mario Cuello Guerrido 23B518

Buenodia Respetuosamen
necesito una cita com
provedor, porque necesi
almoada por mi problema
por el acidente que me paso e
12-1-2023, desde ese dia He
Teniendo mucho mas dolor
Tenia ante, gracias
Respetuosamente
ATT: marioluello

9-18-25 Mario Cuello Guerrido 23B5185

Buena dia necesito ver a mi
provedor na un sigo con dolores
de cara en la lado derecho, nuca,
quiero que se me haga una cita
para que me pueda enviar a ser [me]
el MR. cc: file

marachella

9-22-25 MaRia Cuello fuerrdo 2365185

Buena dia necesito ver a mi provedor haun sigo con dolorer de cara en lado derecha, nuca quiero que seme haga una cita para que me puedan enviar me aser el (MR).

c.c. file

mariacuello

Mario Cuello Guerrido 9-9-2024
23B5185

Bueno dia señor ARTHer le escrivo directamente a usted ya que cuando pongo un sickcall ~~los medicos~~ el personal me dicen que pondran una cita y no aser nada.

estas son la citas que puce el 7-23-2024 7-29-2024 en estos sickcall estoy solicitando ayuda con mis uñas del pie izquielo, ya an pasado 2 meces y no me llaman

F[illegible]

11-7-2024 Mario Cuello Guerrido 2385185

N[illegible]

Bueno dia le escrivo porque neces[illegible]

ver a Mi provedor porque Tengo muc[illegible]

S

dolor de cabeza en el lado derecho de [illegible] po[illegible]

golpes que me dio el C.O Nuñez [illegible]

C

pasado 1.12.2024 causando No Nasa[illegible]

y una infecion, y quiero que el provedo[illegible]

A

me refiera a un especialista nasal o a [illegible]

Plan:

Poliee / CT Head / Sureen [illegible] Surgery [illegible]

Signature/Provider # [illegible] RN Transcribing Order/Provider #/Date/Time [illegible]

8-14-2025 Maria Cuella Guerrido 23B5185
Bueno dia necesito ver a mi
Pro vedor haun sigo com dolores
de cara en lado derecha , nuca,
quiero qué se me haga una cita
cc. Tengo Copia

8-26-2025 Maria Cuella Guerrido 23B5185

Bueno dia necesito ver a mi

provedor ya un sigo com dolores

de cara en lado derecho, nuca.

quiero qué se me haga una cita

c.c feli

mariaCuella

8-28-2025 Maria Cella Guerrido 23B5185

Bueno dia necesito ver a mi proveedor haun sigo com dolores de cara en lado derecho, nuca, quiero qué se me haga una cita

c.c feli

maracella

Maria Ciello Guerrido 23B5185 10-24-25
Buena dia necesita ver a mi praveder
por que ya no aguanta mas dolor de nuca,
y en mi cara del lado derecho

c. c file
marcelCiella

5-29-2025
aproximadamente 12:00PM y 1:00PM
del Dia 29 del Mes de Mayo del año
2025 fui a la clinica porque ~~no~~
Tenia dolor en el lado derecho de
Mi cara, nuca, y hombro izquierdo
dolores de cara del lado derecho y
nuca causada por los golpes que
el C.O Niñez medio el 12-1-2023
hoy 5-29-2025 estaba en la clinica
com motivo de que me ayuden le
dije al (norse) que me estaba
acistende que Tengo muchos dolor
en el lado derecho de mi cara,
nuca y hombro izquierdo, ella me
pregunto que desde que Tiempo
Tengo este dolor, yo le dije max
de un año y medio, ella la norse
le dijo a la provedor que estaba
ese dia crubiendo en la clinica
que me viera pero segun la norse la
provedora dijo que ~~tu~~ estaba muy ocupada
que no me puede ver. la norse me dijo
que venga otra ves mañana 5-30-2025
a las 11:00AM

6/28 Spanish TRANSLATION Requested
ORCUASQUE

2/8/24

**INCARCERATED GRIEVANCE RESOLUTION COMMITTEE**
**ACKNOWLEDGEMENT OF RECEIPT**

TO: Cuello-Guerrido DIN: 23B5185 LOC. C4-3

FROM: IGRC OFFICE: Incident date: _______ Action Request: _______ Signature: _______

CODE: 22 TITLE: NOT Called for Sick CALL

This notice is to inform you that your grievance has been received by this office on 6/28. It has been given the log number GH 1152-24. JUL 08 2024

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance. If you do not receive a hearing within 16 days of receiving this receipt contact IGRC.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An incarcerated individual is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an incarcerated individual to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: ***Please resubmit with correction requested.***

Please be advised that your grievance received on ________ , is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Representative or IGP Supervisor to address any issues.

___ No action request, please indicate one.

___ No incident date noted.

___ No signature

___ Non-grievable per Directive #4040

___ Unable to understand handwriting.

___ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with Directive #2733.

___ Other (as indicated below):

IGP Supervisor Stanaway ____[signature]____ IGP Supervisor Pickett ____________

New York State Corrections and Community Supervision

**INCARCERATED GRIEVANCE PROGRAM**

**COMPLAINT FORM**

| | |
|---|---|
| GRIEVANCE NO. 1152-24 | DATE FILED JUL 08 2024 |
| GRIEVANT NAME Coello-Guerrido | DIN 23B5185 |
| FACILITY GREEN HAVEN CF | HOUSING UNIT C4-3 |
| PROGRAM AM ______ PM ______ | DATE |

***(This form must be filed within 21 calendar days of grievance incident*)***

Description of Problem: (Please make as brief as possible and print legibly)

See attached

Grievant Signature: ______ JUL 08 2024

Grievance Clerk Signature: [signature] Date: 7-8-24

Advisor Requested: ☐ YES ☐ NO Who: ______

Action Requested by Grievant:

This Complaint Has Been Resolved as Follows:

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: ______ Date: ______

Witness Signature: ______ Date: ______

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131 (12/21)

2385185
MarioCuelloGuerrido

To: Grievance 6-28-2024

Bueno dia le escrivo estas linias com muchos frutración, porque el 5-26-2024 puce un sick call de cual nunca me llamaron, puce otros en otras fechas 5-30-2024 y el 6-4-2024 y el 6-7-2024 de este me llamaron el personal que dijo que pondrían una cita la cual nunca llego, mande el ultimo sick call e 6-25-2024 y un sigo esperando muy frutrado, quiero saver que Ha pasado en cada unas de esta fecha una investigación ya que yo he puestos 5 sick call en 7 semanas y no seme a dado la cita com mi provedor.

GH152-24

JUL 08 2024

Mario cuello Guerrido 2385185 6-28-2024

Buemo dia le escrivo estas linias com mucha frutración, porque el 5-26-2024 puse un sick call del cual nunca me llamaron, puce otros en otras fechas 5-30-2024 y el 6-4-2024 y el 6-7-2024 y de este me llamaron el pesonal medico y dijo que pondran una cita la cual nunca llego, mande el ultimo sick call el 6-25-2024 y haun sigo esperando muy frutrado, quiero saver que ha pasado en cada una de estas fechas una investigación ya que yo he puestos 5 sick call en 7 semanas y no se me a dado la cita com mi provedor

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. 1152-24 | HEARING DATE 23 July 2024 |
|---|---|---|
| INCARCERATED GRIEVANCE PROGRAM | GRIEVANT NAME Cuello-Guerrido | DIN 23B5185 |
| IGRC HEARING RESPONSE | FACILITY GREEN HAVEN | HOUSING UNIT C4-3 |
| | HELD IN ABSENTIA ☐ YES ☑ NO If yes, why: | |

Response of IGRC: The Committee recommend that an appropriate and more detailed investigation be Conducted. The report merely states grievant is Scheduled to see his provider. The Grievance Complaint is about no Sick Call on Several occassion. An appropriate investigation will assist in make a proper recommendation per Dir. 4040.

Chairperson: [signature]

IGRC Members: [signatures]

Date Returned to Grievant: 7/24

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☒ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: [signature] Date: 7-25-2024

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

***To be completed by Grievance Clerk***

Grievance Clerk Signature: ______________ Date Received: ______________

Date Forwarded to Superintendent For Action: ______________

FORM 2131 (Reverse) (12/21)

30 dia para darme repuesta
19 dia an pasado

| | | |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. GH-1152-24 | DATE FILED 7/8/24 |
| | FACILITY Green Haven CF | POLICY DESIGNATION I |
| INCARCERATED GRIEVANCE PROGRAM<br>SUPERINTENDENT RESPONSE | Not Called For Sick Call | CLASS CODE 22 |
| | SUPERINTENDENT'S SIGNATURE [signature] | DATE 8/16/24 |
| GRIEVANT Cuello-Guerrido, Mario | DIN# 23B5185 | HOUSING UNIT C4-3 |

BT

The grievant complains of not being called for sick call requests.

According to the investigation the grievant's medical records have been reviewed by the Deputy Superintendent of Health Services. Grievant was evaluated by Primary Care Provider on 7/8/24.

*** Grievance is denied.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent, please sign below, and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. * Please state why you are appealing this decision to C.O.R.C.

estoy apelado por que ustedes como siempre quieren aser entender que yo estoy mal, cuando ustedes son lo que no asen su trabajo bien →

Mario Cuello — GRIEVANT'S SIGNATURE

8-22-2024 — DATE

GRIEVANCE CLERK'S SIGNATURE

DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

# GREEN HAVEN CORRECTIONAL FACILITY
## CASE HISTORY AND RECORD COVER SHEET

GRIEVANCE #: GH-1152-24

NAME: Cuello-Guerrido, Mario

DIN #: 23B5185 CONSOLIDATED Y/N: N

TITLE: Not Called For Sick Call

CODE: 22 I/D: I

DATE FILED: 7/8/24

IGRC DATE: 7/23/24

SUPERINTENDENT DATE: 8/16/24

APPEAL DATE: 8/26/24

final - 9-26-2024

TO CORC 9/19/24

INVESTIGATION NOTES:

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

IGP SUPERVISOR'S SIGNATURE: [signature] DATE: 9/19/24

10-7-2024

**WESTCHESTER MEDICAL CENTER**

**Humayun K. Islam, MD, Director**
**Department of Pathology and Clinical Laboratories**
**100 Woods Rd, Valhalla, NY 10595**
**(914) 493-7394**

# FINAL
# SURGICAL PATHOLOGY REPORT

**Patient: CUELLO GUERRIDO, MARIO**
**MRN:** W4424564
**Billing #:** W1041365881
**DOB:** 01/23/1989 **SEX:** M
**Address:**
594 ROUTE 216
STORMVILLE, NY 12582-5151

**Accession Number: SU-24-15140**
**Procedure Date:** 09/30/2024 09:00
**Accession Date:** 10/01/2024 07:52
**Report Date:** 10/11/2024 15:05
**Location:** OPD-DENTAL -
**Requested By:** FRANK WEBER, D.D.S
**Reported By:** AARON YANCOSKIE, DDS

---

## FINAL DIAGNOSIS:

**RIGHT MAXILLA (BIOPSY):**
**- Intensely inflamed fibrovascular connective tissues consistent with a radicular cyst.**

**ICD-10: M27.2**

CUELLO GUERRIDO, MARIO
DOB: 01/23/1989 11/04/2024 09:00
ATT:
AKA:
FIN: 1043142049 M
MRN: 4424564

**CLINICAL DATA:**
Clinical Information: Large R maxillary cyst abscessed RTS #3.
Clinical Diagnosis: Radicular cyst.
Biopsy Site: R maxilla.

**GROSS DESCRIPTION:**
Received in formalin labeled with the patient's name, medical record number and is designated as "right maxilla" and consists of two pieces of pink-tan tissue inked black and serial sectioned. Entirely specimen submitted in one cassette.
YF 10/1/2024 7:03:58 PM

**SOURCE(S):**
TISSUE, RIGHT, MAXILLA, EXCISIONAL BIOPSY

Residents: HARJOT MANN, RESIDENT

Reported By: AARON YANCOSKIE, DDS
Reported On: 10/11/2024 15:05



(R)

(L) daños del 12-1-2023

CUELLO GUERRIDO, MARIO
DOB: 01/23/1989 11/04/2024 09:00
ATT:
AKA: M
FIN: 1043142049 MRN: 4424564

**WESTCHESTER MEDICAL CENTER** **CUELLO-GUERRIDO, MARIO (10027852)**

**914-493-2928**

#2-3 11/4/2024



CUELLO GUERRIDO, MARIO
DOB: 01/23/1989 11/04/2024 09:00
ATT:
AKA: M
FIN: 1043142049 MRN: 4424564

# INCARCERATED GRIEVANCE RESOLUTION COMMITTEE ACKNOWLEDGEMENT OF RECEIPT

TO: Cuello DIN: 23B5185 LOC. C4-3

FROM: IGRC OFFICE: Incident date: _______ Action Request: _______ Signature: _______

CODE: 22 TITLE: RECEIVE MRI

This notice is to inform you that your grievance has been received by this office on 10/1. It has been given the log number GH 125225. OCT - 2 2025.

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance. If you do not receive a hearing within 16 days of receiving this receipt contact IGRC.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An incarcerated individual is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an incarcerated individual to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: ***Please resubmit with correction requested.***

Please be advised that your grievance received on ________ , is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Representative or IGP Supervisor to address any issues.

___ No action request, please indicate one.

___ No incident date noted.

___ No signature

___ Non-grievable per Directive #4040

___ Unable to understand handwriting.

___ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with Directive #2733.

___ Other (as indicated below):

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

IGP Supervisor Stanaway _______________ IGP Supervisor Pickett _______________

OCT. 2. 25

| NEW YORK STATE Corrections and Community Supervision<br><br>**INCARCERATED GRIEVANCE PROGRAM**<br><br>**COMPLAINT FORM** | GRIEVANCE NO.<br>1252-25 | DATE FILED<br>~~9-30-2025~~ |
|---|---|---|
| | GRIEVANT NAME<br>Mario Cuello Burmido | DIN<br>23B5185 |
| | FACILITY<br>GREEN HAVEN CF | HOUSING UNIT<br>C-403 |
| | PROGRAM | DATE<br>9-30-25 |

***(This form must be filed within 21 calendar days of grievance incident*)***

Description of Problem: (Please make as brief as possible and print legibly)

Hoy me dirijo con ustedes buscando ayuda, ayuda ya que el proveedor Akther no me quiere dar estoy desde el año pasado tratando de resolver la infección que me causaron los golpes que me dio el C.O. Miñez AKA Nina Jr Ramon. Al 12-1-2023. Ya le he pedido ya desde año pasado que me mande a ser un (MRI) pero siempre que le digo el me dice que no esta en el que tiene que hablar con Mark Stirman porque este bio era el okey, yo desde entonces ahora sigo sufriendo de dolor de mi cara en lado derecho de mi cara y la nuca y pido el (MRI) para poder solucionar

Grievant Signature: Mario Cuello

Grievance Clerk Signature: ____________________ Date: __________

Advisor Requested: ☐ YES ☐ NO Who: ____________________

Action Requested by Grievant:

quiero que hablen con el señor Akther o sus superior para que este pueda enviarme a ser el (MRI) porque ya no aguanto mas este dolores.

This Complaint Has Been Resolved as Follows:

____________________

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: ____________________ Date: __________

Witness Signature: ____________________ Date: __________

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131 (12/21)

Mario Cuello Guerrido.
23B6185

8-29-2024

Bueno dia señor Mark Stillman. MD
espero qué usted esté en buena salud tan
Bien, ya qué lo unico bueno qué tengo yo
es qué respiro porqué de salud no estoy del todo
~~estoy~~ bien Hoy 8-29-2024 se cumple
1 mes desde qué usted me envio una
carta comunicandome ha mi qué
recibire una notificacion para ir aver a mi
provedor medico,

Carta qué asta el momento no he
recibido mi señor, Stillman y a un sigo
esperando la carta, señor Stillman yo
quiero saver cuando es qué me llegara
la carta para yo ir ver a mi ~~el~~ provedor
señor Stillman.

Repetuosamente. Att. marcocuello

2-27-2025
TM: 2:17 PM

Mario Cuello Guerrido 23B5185

Completado el mes de Marzo

Buena dia señor Stillman le escrivo porque quiero saver cuando el departamento de medico me enviara aser los estudios medicos en mi cara, cabeza, para saver que tan grave estan los problemas o daños que me causo el C.O Niñez aka Nina el 12-1-2023 por el asalto que este me propino sin justicación ningunas, y que desde entonce he sido operado el 9-30-2024 y haun la infeción causada por los golpes que este C.O Niñez medio haun sigue,

la ultima ves que hable com usted señor, Stillman en precensia del que era entonce mi prevedor en ese entonce el nombrado: Dr. akhter! usted le dijo al Dr. akhter que me isiera citas para poder aserme cascan para dar com el problema ya mencióñado aribas; le recuerdo que el especialista de Westchester Medical Center iso sus sugerencias a que yo fuera enviado aver un especialista neurologico o un especialista de la sinociti, desde entonce an pasado ya mas de 3 meses y asta la fecha todavia ni siquiera se me dice cuando ire o nada.

dejandome en el linbo, dejandome muy - preocupado, estresado, y traumado, ya que desde la fecha 12-1-2023, vengo sintiendo dolor en mi cara del lado derecho, el ojo derecho me porpita que asta me recetaron uno lente, y en mi nuca mas dolor de lo normal, ya ni siquiera salgo de mi celda en la mañana o en la tarde a recrearme, fustrado, permanesco el mayor tiempo adentro de mi celda esperando que se me hagan los estudios medico.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Many retaliation attempts against my said grievance and assault, Green haven C.F grievance still no respond for C.O.R.C Albany see attachment

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C.§ 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strike rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in the action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __________
   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

______________________________

3. Docket or index number

______________________________

4. Name of Judge assigned to your case

______________________________

5. Approximate date of filing lawsuit

______________________________

6. Is the case still pending?
☐ Yes
☐ No

If no, give the approximate date of disposition. ______________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

______________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
☐ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(if there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
Plaintiff(s) ______________________________
Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

______________________________

3. Docket or index number

______________________________

4. Name of Judge assigned to your case

______________________________

5. Approximate date of filing lawsuit

______________________________

6. Is the case still pending?
☐ Yes
☐ No

If no, give the approximate date of disposition ______________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

______________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 17-March-2026

Signature of Plaintiff: MariaCuella
Printed Name of Plaintiff: Maria Cuella Guerrido
Prison Identification #: 23B5185
Prison Address: Greenhaven C.F 594 Route 216
Starmville NY 12582
City State Zip Code

**B. For Attorneys**

Date of signing: ______________________

Signature of Attorney ______________________________________________
Printed Name of Attorney ______________________________________________
Bar Number ______________________________________________
Name of Law Firm ______________________________________________
Address ______________________________________________
City State Zip Code

Telephone Number ______________________________________________
E-mail Address ______________________________________________

UNITED STATES DISTRICT COURT
SouTherN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

Mario Cuello Guerrido,
Plaintiff,

v.

C.O Nina. Sr, Sargt Boyd. Sr.
C.O John Doe #1, C.O John Doe #2,
SPT. Mark Mille, Nurse Heady,
Humayun Kislam MD Director, Akhter MD.
NYS. Board P.B. a. Thahahhad
Defendant.
-------------------------------------------------------------- X

**APPLICATIONTO PROCEED WITHOUT FULL PREPAYMENT OF FEES**

**AFFIDAVIT AND AUTHORIZATION FORM**

Case Number: ______________

I, Mario Cuello Guerrido declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☑ Yes ☐ No (If "No go to Part 2)

If "Yes" state the place of your incarceration: Green Haven Correctional Facility

Are you employed at the institution? ☐ Yes ☒ No

Do you receive any payment from same? ☒ Yes ☐ No

**Notice to Inmates: <u>The Certificate portion of this affidavit must be completed.</u>**

2. Are you currently employed?: ☐ Yes ☒ No

a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or other self employment | ☐ Yes | ☒ No |
| b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. Gifts or inheritances | ☐ Yes | ☒ No |
| f. Any other sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

$100, rent for mi sister or mother

4. Do you have any cash, checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. ________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or **any other assets?** ☐Yes ☒No

If "Yes" describe the property and state its value (attach additional sheets as necessary):

| Property | Value |
| --- | --- |
| ______________________ | ____________ |
| ______________________ | ____________ |
| ______________________ | ____________ |

6. List the persons who are dependent on your for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

17 - March - 2026
DATE

[signature]
SIGNATURE OF APPLICANT

**CERTIFICATE**

(To be completed by appropriate official at the institution of incarceration)

I certify that the application named herein has a sum of $__________________ on account to his/her credit at (name of institution) Green Haven Correctional Facility.

I further certify that the applicant has the following securities to his/her credit:

__________________________. I further certify that **during the past <u>six</u> months** the applicant's average balance was $__________________________.

______________________ DATE

_______________________________________ SIGNATURE OF AUTHORIZED OFFICER

## AUTHORIZATION

I, Maria Cuello Guerrido, department identification number 23B5185, request and authorize the agency holding me in custody to send the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months of my trust fund account (or the institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such statements from the institution(s) in which I had previously been incarcerated

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. §1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

→ **Signature:** Maria Cuello

• **Note**: You **must sign your name** on the line above.

FOR OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Name and DIN number: ____________________

Civil action Number: ____________________

Short name of case: ____________________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

Mario Cuello Guerrido,
Plaintiff,

-against-

C.O. Pina. Jr., Sgt Boyd. Jr; C.O. John Doe #1, C.O. John Doe #2, Spt. Miller, Nurse Heady, Huymayun Kislam MD Director, NYS. C.O. and P.B.O.T,
Defendant(s).
---------------------------------------------------------------- X

**CERTIFICATE OF SERVICE**

Docket No. ________________

I, Mario Cuello Guerrido, hereby certify under penalty of perjury that the foregoing is true and correct:

I am over eighteen years of age and reside at Green Haven Correctional Facility - 594 Route 216 - Stormville, New York 12582.

On 17 March, 2026, I served the within:

☒ Certificate of Service
☒ Civil Rights Complaint (42 USC §1983)
☒ *In Forma Pauperis* Application
☐ Exhibit(s)

by depositing true copies thereof enclosed in a postpaid wrapper in an official depository under the exclusive control of the U.S. Postal Services within the State of New York and addressed as follows:

United States District Court
Southern District of New York

Dated: 17-March, 2026
Stormville, New York

(Signature)

OCT - 2 2025

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. 125225 | DATE FILED ~~9-~~ 25 |
|---|---|---|
| | GRIEVANT NAME Mario Cuellar Garrido | DIN 23B5185 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY GREEN HAVEN CF | HOUSING UNIT C-403 |
| COMPLAINT FORM | PROGRAM | DATE 9-30-25 |

***(This form must be filed within 21 calendar days of grievance incident*)***

Description of Problem: (Please make as brief as possible and print legibly)

hoy me dirijo con ustedes buscando ayuda, ayuda ya que el provedor AKTher no me quiere dar estoy desde el año pasado tratando de resolver la infeción que me causaron los golpes que me dio el C.O Miñez AKA Nina JR Ramon. el 12-1-2023. Yo le he pedido ya desde año pasado que me mande aser un (MRI) pero siempre que le digo el me dice que no esta en el que tiene que hablar con Mark Stirman para que este le diera el okey, yo desde entonce hasta hoy sigo sufriendo de dolor de mi cara en lado derecho de mi cara y la nuca y pido el (MRI) para poder soluciónar

Grievant Signature: Mario Cuella

Grievance Clerk Signature: ______________ Date: ________

Advisor Requested: ☐ YES ☐ NO Who: ______________

Action Requested by Grievant:

quiero que hablen con el señor AKThera o sus superial para que este pueda enviarme aser el (MRI) porque ya no guanto mas este dolores.

This Complaint Has Been Resolved as Follows:

______________

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: ______________ Date: ________

Witness Signature: ______________ Date: ________

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131 (12/21)

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. [illegible] | HEARING DATE [illegible] |
|---|---|---|
| | GRIEVANT NAME [illegible] | DIN [illegible] |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY GREEN HAVEN | HOUSING UNIT [illegible] |
| IGRC HEARING RESPONSE | HELD IN ABSENTIA ☐ YES ☒ NO If yes, why: | |

Response of IGRC: The Committee recommended that Medical staff address the matter and to ensure that IC receives proper referrals and/or specialist within the two week time frame to diagnose results.

Chairperson: [illegible]

IGRC Members: [illegible]

Date Returned to Grievant: [illegible]

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☒ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: [signature]

Date: 12-5-2025

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

***To be completed by Grievance Clerk***

Grievance Clerk Signature: ____________

Date Received: ____________

Date Forwarded to Superintendent For Action: ____________

FORM 2131 (Reverse) (12/21)

J8

| Corrections and Community Supervision (New York State) | GRIEVANCE NO. GH-1252-25 | DATE FILED 10/2/25 |
|---|---|---|
| | FACILITY Green Haven CF | POLICY DESIGNATION I |
| INCARCERATED GRIEVANCE PROGRAM<br>SUPERINTENDENT RESPONSE | Receive MRI | CLASS CODE 22 |
| | SUPERINTENDENT'S SIGNATURE Mark Miller | DATE 3/12/26 |
| GRIEVANT CUELLO-GUERRIDO, Mario | DIN# 23B5185 | HOUSING UNIT C4-20 |

The grievant requests MRI.

Grievant's electronic medical records have been reviewed by the Deputy Superintendent for Health Services. Grievant was seen by primary care provider on 12/18/2025. Grievant has had a previous CT scan which was negative for abnormalities, therefore MRI testing is not warranted at this time. A referral was placed for neurology evaluation which has been approved and awaits scheduling by Central Office Health Services.

*** Grievance is not accepted.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent, please sign below, and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. * Please state why you are appealing this decision to C.O.R.C.

See attachment

Mario Cuello — GRIEVANT'S SIGNATURE | 3-13-2026 — DATE

GRIEVANCE CLERK'S SIGNATURE | DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

Mario Cuello Guerrido 2355185 C-420

3-12-2026

GH-1252-25

hoy 3-12-2026 en Tarde cuando Tome mis medicamentos, hable com la enfermera del blaque (C) aserca del "MRi", yo le pregunte que porque no seme esta inviado a ser el "MRi", eya me dijo que ese Tema debo de hablarlo com el MD. AKHTer Mohammad el 6-8-2024 ise una queja GH-1152-24 y ya he hablado com el aserca de este problEMA desde el 12-1-2023 y el MD. AKHTer Mohammad no a Tomado los proceso adecuados desde entonce me he quejado en mas de 10 veces com el MD. AKHTer Mohammad que me duele la cara del lado derecho, el ojo derecho me palpita, siento preción serca de la ciem, la encia del lado derecho, la nuca, y este MD. AKHTer Mohammad no a Tomado los pasa corespondiente, ni siquiera por que Departamento de patologya de OPD-DENTAL West Chester Medical Center que se iso una sirugia el 9-30-2024. OPD-Dental MRN# W4421564

REQUEST AND REPORT OF CONSULTATION

NAME: CUELLO-GUERRIDO, MARIO DIN: 23B5185 DOB: 01/23/1989
CURRENT FAC: GRN HAVN GEN
REFERRING FAC : GRN HAVN GEN REFERRAL NUMBER: 24405667.01M
REFERRAL DATE : 11/20/24 12:53P TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: CAT SCAN - HEAD REFERRAL STATUS: SEEN
URGENCY OF CARE: URGENT INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : Y WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: MOHAMMAD AKHTER, MD APPOINTMENT: 03/07/25 11:30A
REVIEWED BY: MOHAMMAD AKHTER, MD POS: PUTNAM COMMUNITY HOSPITAL
PROV: DEPT OF RADIOLOGY/DIAG IM

REASON FOR CONSULTATION: N MAIL N FAX USER: 11/20/24 12:54P C080MXA
( 35 Y/O WITH HEADACHES,WORSENING LOCALIZED TO RT FRONTAL REGION,CT HEAD WITH )
( AND WITHOUT CONTRAST,4-11',150LBS,WITH NO ALLERGIES )
( )
( )
( )
================================================================================
DECISION: APPROVED 11/20/24
DECISION COMMENTS: USER: 11/20/24 03:24P OAPSWJH
( APPROVE CT HEAD WITH AND WITHOUT CONTRAST )
( PER CMO DIRECTIVE )
( WJH RN/ACENTRA )
================================================================================

POST-CLINIC:

RECOMMENDED BY SPECIALIST: N FOLLOW-UP Y PROCEDURE N NEW REFERRAL
POST-CLINIC COMMENTS: USER: 03/07/25 05:22P C080MTH
( CT SCAN OF HAND DONE W/W CONTRAST - REPORT TO FOLLOW AS NOTED; VS: 138/92- )
( 76-16-98 % RA. CLEARED TO RTC PER RN )

================================================================================
*ADDITIONAL COMMENTS: 01

HSC4782
HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: CUELLO-GUERRIDO, MARIO DIN: 23B5185 DOB: 01/23/1989
CURRENT FAC: GRN HAVN GEN
REFERRING FAC : GRN HAVN GEN REFERRAL NUMBER: 25415150.01M
REFERRAL DATE : 12/18/25 11:15A TELEMED: <N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: NEUROLOGY REFERRAL STATUS: DENIED
URGENCY OF CARE: ASSIGNED INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : Y WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:
REFERRED BY: MOHAMMAD AKHTER, MD
REVIEWED BY: MOHAMMAD AKHTER, MD

REASON FOR CONSULTATION: N MAIL N FAX USER: 01/13/26 01:42P C080MXA
( I/I WITH FACIAL PAIN/RT WARD DENTAL/ENT EVALUATION DONE,CT HEAD NEG )
( ON NEURONTIN WITH NO SIGNIFICANT RELIEF,PLEASE EVALUATE )
( )
( )
( )
================================================================================
DECISION: D DENIED 01/14/26 REASON: 07 REQ RMD RVW

DECISION COMMENTS: USER: 01/14/26 03:05P CHLTJTH
( RMD:AGREE TO DEFER.PT SEEN BY OTO ON 6/13/25 FOR SAME ISSUE.A CT OF SINUSES )
( WAS RECOMMENDED BUT NOT DONE.NEURONTIN HAS NO ROLE IN THIS SETTING.SUGGEST )
( CONSIDER CT SINUS;NSAIDS FOR PAIN;ANY DENTAL/NEURO FINDINGS? NASAL DSCH?JTH )
REVIEW COMMITTEE DECISION: D COMMITTEE DEC DATE: 01/14/26 CHLTJTH

================================================================================

*ADDITIONAL COMMENTS: 02

ADDITIONAL COMMENTS

NAME: CUELLO-GUERRIDO, MARIO DIN: 23B5185 DOB: 01/23/1989
CURRENT FAC: GRN HAVN GEN
REFERRING FAC: GRN HAVN GEN REFERRAL NUMBER: 25415150.01M
REFERRAL DATE: 12/18/25 11:15A TELEMED: <N> REFERRAL TYPE : INITIAL

DECISION COMMENT 01: 12/26/2025 09:50:50 OAPSBLM
CCP DECISION: PENDED 12/26/2025 REASON: FURTHER INFO TELEMED: N
( PLEASE ADD/CONFIRM THIS IS FOR NEUROLOGY IN THE BODY OF THE REFERRAL. WHAT )
( IS SUSPECTED/BEING RULED OUT? HISTORY OF TRAUMA TO THE AREA? FOREHEAD )
( MUSCLES AFFECTED? WEAKNESS PRESENT? CVA RULED OUT? RT SIDE ONLY? BLMRN/ACEN )
CCP DECISION CHANGE USER: 01/14/2026 14:43:45 OAPSBLM
================================================================================

DECISION COMMENT 02: 01/14/2026 14:43:45 OAPSBLM
CCP DECISION: DENIED 01/14/2026 REASON: REQ RMD RVW TELEMED: N
( FOR RMD REVIEW: NRP TO CLARIFY THIS IS FOR NEUROLOGY CONSULT AS WELL AS )
( ADDITIONAL INFORMATION RE: SYMPTOMS AND FINDINGS ON EXAM FOR REVIEW. )
( BLMRN/ACENTRA )
CCP DECISION CHANGE USER: 01/14/2026 15:05:20 CHLTJTH
================================================================================

ADDITIONAL COMMENTS

NAME: CUELLO-GUERRIDO, MARIO DIN: 23B5185 DOB: 01/23/1989
CURRENT FAC: GRN HAVN GEN
REFERRING FAC: GRN HAVN GEN REFERRAL NUMBER: 24405667.01M
REFERRAL DATE: 11/20/24 12:53P TELEMED: N<N> REFERRAL TYPE : INITIAL

DECISION COMMENT 01: 11/20/2024 13:00:59 OAPSACS
CCP DECISION: PENDED 11/20/2024 REASON: FURTHER INFO TELEMED: N
( ARE THESE CHRONIC? OR NEW? ANY HX OF HEAD INJURY? FOCAL NEURO FINDINGS,HA W )
( /SYNCOPE,NOCTURNAL VOMITING,CAUSING AWAKENING FROM SLEEP,WORSE WHEN UPRIGHT )
( OR PAPILLEDEMA BY PE? THANK YOU ACS/RN/ACENTRA )
CCP DECISION CHANGE USER: 11/20/2024 15:24:49 OAPSWJH
==============================================================================

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. 1303-25 | DATE FILED 10-20-25 |
|---|---|---|
| | GRIEVANT NAME Mario Cuello Guerrido | DIN 23B5185 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY GREEN HAVEN CF | HOUSING UNIT C-40 3 |
| COMPLAINT FORM | PROGRAM | DATE 10-15-2025 |

***(This form must be filed within 21 calendar days of grievance incident*)***

Description of Problem: (Please make as brief as possible and print legibly)

el 10-14-25 el C.O Nino Jr estaba en el Bloque (C) Compañia 4 este C.O esta siendo investigado por la (O.S.I) desde el 2023 por el assalto que me iso. 2023-14208 el 10-14-25 le pedi a C.O Wallece que me llame al sargento el C.O wallece me dice que para que yo le dije al C.O wallece que el C.O Nina Jr esta bajo investigacion y no puede estar al rededor de mi el C.O Wallece que no va llamar ningun sargento para esa mierda que vaque hable con el sargento cuando de la vuelta.

Grievant Signature: [signature]

Grievance Clerk Signature: ______________________ Date: __________

Advisor Requested: ☐ YES ☐ NO Who: ______________________

Action Requested by Grievant:

quiero que le haga entender al c.o wallece que el no puede negarme hablar con el sargent en situaciones necesarias como esta la del 10-14-25 y de mas sircustacion que ha hecho lo mismo negarme hablar con el sargento al c.o nina Jr que habia me dejen en paz que no este al rededor mio ya no intenga comunicarse este c.o nina Jr.

This Complaint Has Been Resolved as Follows:

______________________

______________________

______________________

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: ______________________ Date: __________

Witness Signature: ______________________ Date: __________

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131 (12/21)

| | | |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. 130328 | HEARING DATE 1-13-26 |
| | GRIEVANT NAME Coello-Guerrero | DIN 23B5185 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY GREEN HAVEN | HOUSING UNIT C4-20 |
| IGRC HEARING RESPONSE | HELD IN ABSENTIA ☐ YES ☒ NO If yes, why: | |

Response of IGRC: Based on the investigation report there is no OST [illegible] the investigation was unable to find a O.T. [illegible] or any paperwork to substantiate grievant's claim. Grievant can follow up by [illegible] OST on his own.

Chairperson: [signature]

IGRC Members: [signature] SGT

[signature]

[signature]

Date Returned to Grievant: 1/16/26

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☒ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: [signature] Date: 1-16-2026

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

***To be completed by Grievance Clerk***

Grievance Clerk Signature: ______________ Date Received: ______________

Date Forwarded to Superintendent For Action: ______________

FORM 2131 (Reverse) (12/21)

OST# 2023-114208

GH-30

ATT,Foil Officer
NY

NYS.DOCCS
The harriman state Campus-Building 4,
1220 washington ave
Albany, NY, 12226-2050

MR Mario Cuello Guerrido
#23B5185
Green Haven C.F
Stormville,NY, 12582

February 20-2026

Re; Foil Appeal Log. No. 0222-25

Dear Sir/Ma'am,

Please be informed that I have submitted multiple requests seeking these two Correctional Officer's Badge numbers (C.O. Ramon A. Nina Jr.) and (Sgt. Boyd Jr.) at Green Haven C.F. again, I have enclosed foil requested file documents. I am not being honor with this request. I send the necessary funds needed for this request. Moreover, can you please be sure to send me this information that I am in need.

Thank you for your time and courtesy in this matter. Hope to hear shortly from your office.

Respectfully Submitted,

Mr. Mario Cuello Guerrido

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)ss:
COUNTY OF DUTCHESS )

Mariocuella Guerrido, being duly sworn, deposes and says:

I am the above-mentioned (☐ Defendant, ☒ Petitioner, ☐ Appellant, ☐ Claimant, ☐ Respondent), and I have served a copy of the following papers:

Certificate of Service,
Civil Rights Complaint (42 USC §1983),
IN forma pauperis Application

Upon the following party(ies):

| | |
|---|---|
| Pro Se intake unit | LeTiTa James |
| 500 Pearl ST | Office of Attorney General |
| New York, NY 10007 | STATE Capital |
| | Albany, NY 12224-0341 |

by placing the above in a post-paid envelope and depositing it in a United States Postal Service mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the 17 day of March, 2026, as due and sufficient service.

mariocuella

SWORN TO BEFORE ME THIS
17th DAY OF March, 2026

[signature]
NOTARY PUBLIC

MAGNUS MAHAKWE AKUDIKE
Notary Public - State of New York
NO. 01AK0021646
Qualified in Bronx County
My Commission Expires Feb 29, 2028

ario Cuello Guerrido
reen haven C.F
594 Route 216
StorMville, NY 12582

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 30 PM 3:52

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 30 PM 3:52

USMS SDNY

2350 0659 96

MAIL

prose inTake uNiT
500 Pearl ST
New yon NY 10007