RECEIVED
JUL 31 2023
PRO SE OFFICE

Mario Cuello-Guerrido 23-B-5185
Green Haven Correctional Facility
594 Route 216, P.O. Box 4000
Stormville, NY 12582

July 27, 2026

Daniel Luedtke, Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005

Re: Cuello-Guerrido v. Nina Jr., et al.
26-CV-2598 (PMH)

Dear Danei Luedtke,

This letter is in response to your most recent correspondence, dated June 18, 2026, which contains a series of questions—all of which I will respond in the following manner.

1) On 12/01/2023. I arrived to the Green Haven Correctional Facility—not to the Sing Sing Correctional Facility which you stated in your letter after arriving from Riker's Island.

2) C.O. John Doe #1 is the officer who forced me to walk and acted like nothing happened. Hours later, John Doe #1 escorted [redacted] The Nurse Heady at H Block and who did not allow Nurse Heady to listen to my medical complaint of pain related to the injuries inflicted by C.O. Nina Jr. around 12/01/2023. Furthermore, John Doe #1 also threatened me verbally when I was inside the state's prison bus when I was transported to Elmira Correctional Facility on 12/04/2023. The last time I saw John Doe #1 was in C-Block at Green Haven Correctional Facility, which was on 06/10/2026 between the hours of approximately 9:50 am and 10:10 am. The name of John Doe #1 is Diego J. Benbow.

3) John Doe #2 is a male of Hispanic descent, white skin, bald, who has a curved mustache the shape of an upside down "U" with gray hair, between 5' 5" and 5' 9" in height. He is aged between 35 and 55 years old. this John Doe #2 is the person who eye-gestured to C.O. Nina Jr. to inflict physical blows upon me which resulted in a herniated disk on my neck, and a chronic infection on the right

side of my face, particularly inside the gums of my mouth, as well as on my ribs on my left side . I believe Nina Jr. is John Doe #2's supervisor.

4) I also wanted to put you on notice that I never received the court's order, dated 4-14-2026 that you mentioned. Neither do I have access to e-mail and would like to know if you can provide me with a copy of that order.

Thank you for your time and attention in this matter. I look forward to hearing from you shortly.

Respectfully submitted,

Mario Cuello

Mario Cuello-Guerrido 23-B-5185

7-27, 2026

Mario Cuello Guerrido DIN#23B5185
GREEN HAVEN CORRECTIONAL FACILITY
594 ROUTE 216
STORMVILLE, NY 12582

ALBANY NY 120
GREEN HAVEN CORRECTIONAL FACILITY
29 JUL 2026 PM 2 L

Freedom 250
07/28/2026
US POSTAGE

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 31 PM 3:42

pro se intake unit
500 pearl st
New York, NY, 10007

USM P3
SDNY

10007$1316 C099