UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------X

Mario Cuello Guerrido
Plaintiff,

--against--

C.O. Nina, Jr
C.O. Camacho
C.O. Benbow
[redacted]
Sgt Boyd
Nurse Heady
Dr. Mohammed Akhter

Defendants.

--------------------------------------------------X

Amended Complaint

26-cv-2598-PMH

RECEIVED
SEP 14 2026
PRO SE OFFICE

**COMPLAINT**

**I. INTRODUCTION**

1. This is a civil rights action filed by Mario Cuello Guerrido, a state prisoner, for injunctive relief, compensatory and punitive damages under 42 U.S.C. 1983-- alleging the use of excessive force against him, denial of medical care and failure to protect – in violation of the Eighth Amendment of the United States Constitution – while confined at Green Haven Correctional Facility operated by the New York State Department of Corrections and Community Supervision.
2. The court has jurisdiction over this action pursuant to 28 USC §§ 1331, and 1343.
3. The defendants names herein acted under color of state law, while violating Plaintiff's constitutional and statutory rights.
4. Venue is proper in this District pursuant to 28 USC §1391. The events described in this complaint giving rise to this action occurred at Green Haven Correction Facility– in the City of Stormville, Dutchess County, and the State of New York, which are within the jurisdiction of the United States District Court for the Southern District of New York.

a. Plaintiff is presently domiciled and confined at Green Haven Correctional Facility – at 594 NY-216, Stormville, New York 12582, which is within the jurisdiction of the United States District Court for the Southern District of New York.

## II. PARTIES

5. Plaintiff, Mario Cuello-Guerrido, and was at all times relevant herein involuntarily confined Green Haven Correctional Facility at: 594 NY-216, Stormville, New York 12582 and Elmira Correctional Facility at 1879 Davis St, Elmira, NY 14901, both operated by the New York State Department of Corrections and Community Supervision ("DOCCS") , between December 1, 2023 to the present.

6. Defendants are as follows, sued in their individual and official capacity:

   a. Defendant C.O. Nina is a Corrections Officer employed or retained by the New York State Department of Corrections and Community Supervision at Green Haven Correctional Facility.

   b. Defendant C.O. Johnathan Camacho is a Corrections Officer employed or retained by the New York State Department of Corrections and Community Supervision at Green Haven Correctional Facility.

   c. Defendant C.O. Benbow is a Corrections Officer employed or retained by the New York State Department of Corrections and Community Supervision at Green Haven Correctional Facility.

d. Defendant Sgt. Boyd is a Corrections Officer employed or retained by the New York State Department of Corrections and Community Supervision at Green Haven Correctional Facility.

e. Defendant Doctor Mohammed Akhter, is a doctor employed or retained by the New York State Department of Corrections and Community Supervision.

f. Defendant Nurse Heady is a Nurse employed or retained by the New York State Department of Corrections and Community Supervision.

g. Each defendant has acted, and continues to act, at all times relevant herein under color of state law relative to this complaint.

## III. STATEMENT OF CLAIM

7. On or about December 1, 2023, Plaintiff Cuello-Guerrido was confined at Green Haven Correctional Facility.

8. On that date, Plaintiff was in a reception area with other inmates near the bathrooms. All the other inmates were escorted out of the reception area, leaving Plaintiff alone with three corrections officers: C.O. Camacho, C.O. Nina, and C.O. Benbow.

9. After the other inmates left, C.O. Camacho directed Plaintiff to enter a cell. After some time, C.O. Camacho escorted Plaintiff out of the cell, had him sign some papers, and then placed him in front of C.O. Nina.

10. C.O. Nina proceeded to tell Plaintiff that he knew where Plaintiff was from, and asked Plaintiff why he was in prison. Plaintiff denied that he committed the crimes of which he was convicted.

11. In response, C.O. Nina began to punch Plaintiff with a closed fist. Defendant Nina hit Plaintiff in the face 4-6 times. At this time, Plaintiff relied on a walker for mobility, and was completely defenseless as Defendant Nina struck Plaintiff repeatedly, causing him to crash into the walker and injure his left side before crumpling on the ground.

12. Plaintiff C.O. Camacho and C.O. Benbow were both present for this assault, and did not intervene. Plaintiff observed that C.O. Nina was looking at C.O. Camacho during the assault, as if to ask for approval to continue.

13. After being punched, C.O. Nina ordered that Plaintiff look at C.O. Camacho, and stated in sum and substance that Plaintiff must respect C.O. Camacho when he sees him.

14. Plaintiff experienced injuries to his face, feeling pain in his face, neck, back and left rib cage. Plaintiff was also urinating blood following the attack. Months after the attack, Plaintiff has continued to experience complications from an infection in his face resulting from the untreated injuries of C.O. Nina's attack, and has experienced a decreased ability to walk. At the time of the attack, Plaintiff was able to walk with the aid of a walker. For some time after the attack Plaintiff was confined to a wheelchair.

15. On the same day, four hours after C.O. Nina's attack, Plaintiff spoke with a nurse named Heady while accompanied by C.O. Benbow, who witnessed C.O. Nina's attack.

16. Nurse Heady came to give Plaintiff medication for his injuries. Plaintiff tried to explain that he would like to see a psychologist and a doctor, and attempted to tell Nurse Heady that he sustained his injuries from an attack by the corrections officers. These injuries included extreme pain in the face and neck, and bloody urine. C.O. Benbow kept Nurse Heady from inquiring further about C.O. Nina's attack, and rushed Nurse Heady along to the next patient before Nurse Heady could administer medication or treatment to Plaintiff. Plaintiff never saw a doctor at Green Haven, despite his multiple requests for treatment from various nurses and COs, including Nurse Heady, and C.O.s Benbow, Nina, and Camacho.

17. On or about December 4th, 2023, three days after C.O. Nina's attack, C.O. Benbow approached Plaintiff to threaten that if Plaintiff reported C.O. Nina's attack to anyone, C.O. Benbow would do other things to Plaintiff to harm him. This caused Plaintiff to further fear for his safety, and discouraged him from making more rigorous reports of C.O. Nina's assault.

18. At some time after C.O. Nina's attack, Plaintiff ran into C.O. Nina when moving from prison Block C to Block B. Upon seeing Plaintiff, C.O. Nina stated in a threatening manner, "you came back to life", while looking at Plaintiff menacingly, making him fear for his safety.

19. On December 4 Plaintiff was being transferred to Elmira. As he was being loaded onto the bus Defendant CO [redacted] BenBow threatened Plaintiff, telling him that if he told anyone at Elmira what happened he would make sure that everyone knew what he was in prison for, which Plaintiff perceived as a threat to his safety.

20. After Plaintiff was transferred to Elmira Correctional Facility, Plaintiff tried to report the abuse he experienced at the hands of C.O.s Nina, Camacho and Benbow to Defendant Sergeant Boyd. Sergeant Boyd claimed that he did not have time to take Plaintiff's report, and would not listen to Plaintiff's story.

21. Plaintiff learned from other inmates that C.O. Nina, C.O. Camacho, and C.O. Benbow are known for their abusive behavior towards inmates and have abused others in the past. Plaintiff further learned that they are under the leadership of Sergeant Boyd. Sergeant Boyd's connection to C.O.s Nina, Camacho, and Benbow was unknown to Plaintiff at the time of his attempted report.

22. On information and belief Sergeant Boyd conspired with C.O.s Nina, Camacho and Benbow to perpetrate an attack on Plaintiff, and engage in a coverup preventing Plaintiff from reporting the attack.

23. Plaintiff was able to see a doctor while he was at Elmira Correctional Facility. Plaintiff reported to Doctor Mohamed Ahkter that he was experiencing intense pain and requested an MRI to ascertain the extent of his injuries. Dr. Ahkter repeatedly rejected Plaintiff's requests. Dr. Ahkter did have a CT scan and X-Ray imaging done of Plaintiff, the reports for which Plaintiff did not receive for more than a year after they were taken.

24. Based on the results of the CT scan and X-Ray, Plaintiff received a surgery at Westchester Medical Center for the swelling and infection on the right side of his face which resulted from

C.O. Nina's attack. Plaintiff tried to tell his treating surgeon that he received his injuries from C.O. Nina's assault, but his surgeon would not listen to him. The surgery was ultimately unsuccessful, and Plaintiff continues to experience an infection on the right side of his face.

25. The surgeon at Westchester told Plaintiff that he would need to follow up with his Doctor (Ahkter) when he got back to prison. However, despite Plaintiff's numerous requests of Dr. Ahkter he has never received follow up care and continues to suffer from an infection in his face. On information and belief Dr. Ahkter was aware of the discharge instructions given to Plaintiff and still refused to schedule any follow-up care.

## IV. <u>INJURIES IN FACT</u>

26. As a result of the above enumerated unconstitutional physical abuse and torment, Plaintiff suffered, but not limited to, the following injuries:

    a. Pain in face, neck and back;

    b. Urinating blood;

    c. Worsening of pre-existing conditions in neck and back, resulting in increased pain and loss of mobility;

    d. Persistent infections in the right side of the face;

    e. Persistent pain in left rib area and difficulty breathing;

    f. Unabated fear of and actual assault and battery by C.O. Nina, C.O. Camacho, and/or C.O. Benbow;

    g. Psychological suffering, and torment.

## <u>RELIEF</u>

27. Plaintiff demands **<u>A TRIAL BY JURY</u>**

28. Plaintiff asks for the following relief

    a. $15,000,000 in Compensatory Damages

b. $10,000,000 in Punitive Damages

29. A Declarative Judgement and ORDER, declaring that Defendants have violated Plaintiff's rights pursuant to the United States Constitution – Particularly the of the 8th Amendment.

30. An ORDER directing that any C.O. Nina Jr, C.O. Camacho, and C.O. Benbow to cease abusive behavior toward Plaintiff, as well as an ORDER directing the New York State Department of Corrections and Community Supervision to immediately provide any and all appropriate medical care that Plaintiff requires, in accordance with his constitutional entitlements to the same.

31. For any other relief deemed just and proper by this Court.

I, Mario Cuello Guerrido declare under the penalty of perjury that the foregoing Is true and correct

Date: 1-Sep-2026

Respectfully submitted

Mario Cuello 1-Sep-26

Plaintiff Pro Se

Address: Green haven C.F
594 RT. 216
STorMVille, NY 12582

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario Cuello Guerrido
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

C.O. Ninas Sr, C.O. Camacho, C.O. Benbow, Sgt. Boyd, Nurse. Heady, Dr. Mohammed Akhter

(full name(s) of the defendant(s)/respondent(s))

26 CV 2598 (PMH) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☒ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: ________

   Do you receive any payment from this institution? ☒ Yes ☐ No
   Monthly amount: $14.00
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ________
   If "no," what was your last date of employment? 5-30-2020
   Gross monthly wages at the time: $46,800

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☒ No
   (b) Rent payments, interest, or dividends ☐ Yes ☒ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts or inheritances | ☐ Yes | ☒ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☒ No |
| (g) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?
inmate account $45.00

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:
NO

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18): NO

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: NO

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

1 - Sep - 2026
Dated

[signature]
Signature

Maria Cuello Guerrido
Name (Last, First, MI)

23B5185
Prison Identification # (if incarcerated)

594 RT. 216 | Stormville | NY | 12582
Address | City | State | Zip Code

646-707-5762
Telephone Number

E-mail Address (if available)

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF DUTCHESS )

Maria Cuello Guernida being duly sworn, deposes and says:

I am the above-mentioned (☐ defendant, ☒ petitioner, ☐ appellant, ☐ claimant, ☐ complainant, ☐ respondent), and I have served a copy of the following papers:

AMended complaint, Application to proceed without prepaying Fees or costs

Upon the following party(ies):

pro Se intake unit
500 Pearl ST
New York, NY 10007

LeTiTa James
office of attorney General
State capital
Albany, NY 12224

by placing the above in a post-paid envelope and depositing it in a United States Postal Service mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the 1 day of Sep, 2026, as due and sufficient service.

mariaCuello

SWORN TO BEFORE ME THIS
1st DAY OF Sep., 2026

[signature]
NOTARY PUBLIC

MAGNUS MAHAKWE AKUDIKE
Notary Public - State of New York
NO. 01AK0021646
Qualified in Bronx County
My Commission Expires Feb 29, 2028

EOPOST
9/08/2026
S POSTAGE $012.47⁰
IMI
ZIP 12582
041M11468808

ECEIVED
SEP 14 2026
O SE OFFICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
7015 0920 0001 3958 9533

: intake unit
1 ST
K, NY 10007

Mario Cuello Guerrido
Greenhaven C.F
594 RT. 216
Stormville NY 12582

HAVEN
FACILITY

R
PR

USMP3
SDNY

pro S
500 Pear
New Yo